1  MICHAEL R. LOZEAU (Cal. Bar No. 142893)
   Law Office of Michael R. Lozeau
2  1516 Oak Street, Suite 216
   Alameda, CA 94501
3  Tel: (510) 749-9102
   Fax: (510) 749-9103
4  E-mail: mrlozeau@lozeaulaw.com

5  ANDREW L. PACKARD (Cal. Bar No. 168690)
   MICHAEL P. LYNES (Cal. Bar No. 230462)
6  Law Offices of Andrew L. Packard
   319 Pleasant Street
7  Petaluma, CA  94952
   Tel:  (707) 763-7227
8  Fax:  (707) 763-9229
   E-mail:  andrew@packardlawoffices.com

9
   Attorneys for Plaintiff CALIFORNIA
10 SPORTFISHING PROTECTION ALLIANCE

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14

15 CALIFORNIA SPORTFISHING                    Case No. 2:06-cv-00805-LKK-KJM
   PROTECTION ALLIANCE, a non profit
16 corporation,

17              Plaintiff,                    **STIPULATION TO DISMISS**
                                              **PLAINTIFFS' CLAIMS WITH**
       vs.                                    **PREJUDICE; ORDER GRANTING**
18                                            **DISMISSAL WITH PREJUDICE [FRCP**
   AUBURN PLACER DISPOSAL SERVICE,            **41(a)(2)]**
19 INC., a corporation,

20              Defendant.

21

22         WHEREAS, on January 17, 2006, Plaintiff California Sportfishing Protection Alliance

23 ("CSPA") provided Defendant Auburn Placer Disposal Service, Inc. ("APDS") with a Notice of

24 Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

25         WHEREAS, on April 13, 2006 CSPA filed its Complaint against APDS in this Court,

26 *California Sportfishing Protection Alliance v. Auburn Placer Disposal Service, Inc.,* Case No.

27 2:06-cv-00805-LKK-KJM.  Said Complaint incorporates by reference all of the allegations

28 contained in CSPA's Notice.

                                    1

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, CSPA and APDS, through their authorized representatives and without either

2    adjudication of CSPA's claims or admission by APDS of any alleged violation or other

3    wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set

4    forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further

5    litigation.  A copy of the (Proposed) Consent Agreement ("Consent Agreement") entered into by

6    and between CSPA and APDS is attached hereto as Exhibit A and incorporated by reference.

7    WHEREAS, the parties submitted the Consent Agreement via certified mail, return receipt

8    requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set

9    forth at 40 C.F.R. § 135.5 has passed.

10   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

11   parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice

12   pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an Order

13   from this Court dismissing such claims with prejudice.  In accordance with paragraph 20 of the

14   Consent Agreement, the parties also request that this Court retain and have jurisdiction over the

15   Parties with respect to disputes arising under the Consent Agreement.

16

17   Dated:  November 9, 2006          LAW OFFICES OF ANDREW L. PACKARD

18

19                                     By:        /s/ Andrew L. Packard

20                                         Andrew L. Packard
                                           Attorney for Plaintiff

21   Dated:  November 9, 2006          BARG COFFIN LEWIS & TRAPP, LLP

22

23                                     By:        /s/ Brian Haughton

24                                          Brian Haughton
                                          Attorney for Defendant
25                              [electronic signature authorized by counsel]

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant APDS, Inc., as set forth in the Notice and Complaint filed in Case No. 2:06-cv-00805-LKK-KJM, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached as Exhibit A to the parties' Stipulation to Dismiss.

IT IS SO ORDERED

DATED:  November 15, 2006.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com